Submitted on record and briefs December 19, 1991, reversed and remanded with instructions to dismiss indictment January 22, reconsideration denied April 15, petition for review allowed August 25, 1992 (314 Or 175)

STATE OF OREGON,
*Respondent,*

*v.*

ROBIERE LAMONT JOHNSON,
*Appellant.*

(C90-02-31052; CA A65067)

822 P2d 760

Sally L. Avera, Public Defender, and Peter Gartlan, Deputy Public Defender, Salem, filed the brief for appellant.

Dave Frohnmayer, Attorney General, Virginia L. Linder, Solicitor General, and Timothy A. Sylwester, Assistant Attorney General, Salem, filed the brief for respondent.

Before Richardson, Presiding Judge, and Deits and Durham, Judges.

PER CURIAM